# IN THE SUPREME COURT OF THE STATE OF NEVADA

EDWIN VON SEVRENCE,
                        Appellant,
        vs.
THE STATE OF NEVADA,
                        Respondent.

No. 70033

FILED

MAY 23 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order granting a motion to be relieved as counsel, vacating an order granting a motion for appointment of counsel, and denying a motion for appointment of counsel. Second Judicial District Court, Washoe County; Elliott A. Sattler, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.          _____, J.
Saitta                                 Pickering

---

[1]In light of this order, we take no action on the pro se motion filed on May 6, 2016.

16-16083

cc: Hon. Elliott A. Sattler, District Judge
Edwin Von Sevrence
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A